UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RONDELL ALLMAN,                    )
                                   )
                  Petitioner,      )
                                   )
        v.                         )     No. 1:22-cv-00539-JPH-TAB
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                  Respondent.      )

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The motion for relief pursuant

to 28 U.S.C. § 2255 is **DENIED.**

Date: 5/6/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Carina Weed_

Deputy Clerk, U.S. District Court

Distribution:

RONDELL ALLMAN
16455-028
ENGLEWOOD – FCI
ENGLEWOOD FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

All Electronically Registered Counsel